UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sonya Mary Streiff-Garza, | Case No. 16-cv-2760 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING AS MODIFIED REPORT AND RECOMMENDATION** |
| Wendy's – Four Crown International, | |
| Defendant. | |

---

This matter is before the Court on the September 8, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Tony N. Leung. (Dkt. 10.) No objections to the R&R have been filed in the time period permitted. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The R&R, (Dkt. 10), is **ADOPTED AS MODIFIED** as outlined herein;

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to Rule 12(h)(3), Fed. R. Civ. P.;

3. Plaintiff's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**;

4. Plaintiff's motion to take notice, (Dkt. 3), is **DENIED AS MOOT**; and

5. Defendant's motion to dismiss, (Dkt. 6), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 30, 2016         s/Wilhelmina M. Wright
                                   Wilhelmina M. Wright
                                   United States District Judge